**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

THOMAS JAY ROSS,
ELISE M. O'GRADY,

                Plaintiffs,

vs.                                         Case No. 5:15-cv-391-Oc-32PRL

LOUIS JAMES MILLER, etc., and
ANGELA TURNER,

                Defendants.

_____

**ORDER**

On August 5, 2015, pro se plaintiffs filed this multi-count complaint against defendants alleging various state law claims and one count of a violation of the Fair Housing Act based on defendants' alleged retaliation against plaintiffs for installing certain modifications to their mobile home that plaintiffs deemed necessary to accommodate Ms. O'Grady's disability (blindness).  Plaintiffs recently secured summonses but neither defendant has appeared so far.  Meanwhile, plaintiffs have now filed a Motion for Emergency Hearing for Stay (Doc. 10) seeking to stay an Order issued in Marion County Small Claims Court which, they say, ordered the removal of Ms. O'Grady's service dog from her home by November 28, 2015.  Plaintiffs say they have filed a notice of appeal and a motion to stay with the Marion County Circuit Court but the motion to stay has not yet been ruled on.

This Court has no jurisdiction to interfere with pending "civil proceedings involving certain orders . . . uniquely in furtherance of the state courts' ability to perform their judicial functions." Sprint Comm's, Inc. v. Jacobs, 134 S.Ct. 584, 591 (2013 ) (citation omitted).  Nor

can the Court "review state court final judgments because that task is reserved for state appellate courts or, as a last resort, the United States Supreme Court." <u>Casale v. Tillman</u>, 558 F.3d 1258, 1260 (11th Cir. 2009).  Thus, whether the matter is considered final or is still under review, it is not one in which this Court can interfere.[1]

Accordingly, it is hereby

**ORDERED**:

Plaintiffs' Motion for Emergency Hearing for Stay (Doc. 10) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida this 1st day of December, 2015.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

<u>pro</u> <u>se</u> plaintiffs

---

[1]There are several additional reasons why plaintiffs are not entitled to relief on this motion, including that the relief requested is only collaterally related to the claims raised in their complaint.

2