## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**THOMAS JAY ROSS and ELISE MARIE O'GRADY,**

      **Plaintiffs,**

**v.**                                                **Case No: 5:15-cv-391-Oc-32PRL**

**LOUIS JAMES MILLER**

      **Defendant.**

_____

## ORDER

This matter is before the Court on Plaintiffs' motion for an extension of time to file a response to Defendant's motion to dismiss. (Doc. 25). Plaintiffs seek a ten-day extension of time to file a response to the motion to dismiss because they claim that they did not receive a copy in the mail even though the certificate of service states that it was sent to their address. In response, Attorney John A. Guyton denies Plaintiffs' allegation that he intentionally did not mail the pleading and represents that he will send all future pleadings by U.S. regular mail and Certified Mail. (Doc. 26).

Upon due consideration, Plaintiffs' motion (Doc. 25) is **GRANTED** to the extent that Plaintiffs' deadline to respond to the motion to dismiss (Doc. 24) is extended until **June 21, 2016**. The Court declines to impose sanctions.

**DONE** and **ORDERED** in Ocala, Florida on June 10, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties