**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**THOMAS JAY ROSS and ELISE MARIE O'GRADY,**

    Plaintiffs,

v.                                        Case No: 5:15-cv-391-Oc-32PRL

**LOUIS JAMES MILLER**

    Defendant.

---

## ORDER

This matter is before the Court on Plaintiffs' third motion to compel (Doc. 30) and Plaintiffs' motion for hearing and motion for sanctions. (Doc. 36). Both motions relate to Plaintiffs' repeated assertions in this case that defense counsel has failed to serve papers. (Doc. 36). However, in response to the prior motion to compel, defense counsel represented that he would send all further pleadings via certified mail (Docs. 26 & 29) and it appears that he has done so. (Docs. 31, 32, 33, 34, 35). Because the alleged service issues in this case have already been addressed and resolved, Plaintiffs' motions are due to be **DENIED**. Plaintiffs should refrain from filing any further motions regarding the service issue and instead should focus on the merits of the case.

**DONE** and **ORDERED** in Ocala, Florida on July 6, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties